**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| L. D., | ) | |
|  | ) | |
| Petitioner, | ) | |
|  | ) | Civil Action No. 26-CV-12406-AK |
| v. | ) | |
|  | ) | |
| David Wesling, et al, | ) | |
|  | ) | |
| Respondent (s). | ) | |
|  | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 16] entered on 6/17/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                                                                                         **DISMISSED**.

Dated: 6/29/2026                                                          By the Court,

                                                                         /s/ Courtney Horvath
                                                                         Deputy Clerk